## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Document # __11__

---------------------------------------------------------------

David Robinson

USCA NO. _____

SDNY NO. __07cv2890__
JUDGE: __GEL__
DATE: __7/23/ 2007__

-v-

L. Sears

---------------------------------------------------------------

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENTS                                                                                    DOC#

| |
|---|
| Clerk's Certificate |
| See Attached List of Numbered Documents |
| Only Circled Documents Included |

( √ ) Original Record                                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __23rd__ Day of __July__, 2007.

**United States District Court for
the Southern District of New York**

---

David Robinson

-v-

L. Sears

---

Date: 7/23 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv2890__

D.C. JUDGE __GEL__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __10__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**            **Document Description**

_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __23rd__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, HABEAS, REOPEN

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-02890-GEL
### Internal Use Only

Robinson v. Sears  
Assigned to: Judge Gerard E. Lynch  
Cause: 28:2254 Ptn for Writ of H/C - Stay of Execution

Date Filed: 04/11/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by David Robinson.(jeh) (Entered: 04/16/2007) |
| 04/11/2007 | 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by David Robinson.(jeh) (Entered: 04/16/2007) |
| 04/11/2007 |  | Magistrate Judge Andrew J. Peck is so designated. (jeh) (Entered: 04/16/2007) |
| 04/11/2007 | 3 | MEMORANDUM OF LAW in Support re: [2] Petition for Writ of Habeas Corpus. Document filed by David Robinson. (jeh) (Entered: 04/16/2007) |
| 04/11/2007 | 4 | ORDER OF DISMISSAL, Accordingly, the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 is dismissed without prejudice for failure to fully exhaust his state court remedies. Petitioner may file a new petition once all state remedies have been exhausted. A certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/11/2007) (jch) (Entered: 04/16/2007) |
| 04/11/2007 | 5 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed. A certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/11/2007) (jeh) (Entered: 04/16/2007) |
| 05/07/2007 | 6 | MOTION for an order to Vacate [4] Order Dismissing Petition,. Document filed by David Robinson.(jpo) (Entered: 05/10/2007) |
| 05/09/2007 | 9 | NOTICE OF APPEAL from [5] Judgment - Sua Sponte (Petition). Document filed by David Robinson. (tp) (Entered: 07/23/2007) |
| 05/09/2007 |  | Appeal Remark as to [9] Notice of Appeal filed by David Robinson. $455.00 APPEAL FEE DUE. IFP REVOKED 4/11/07. COA DENIED 4/11/07. (tp) (Entered: 07/23/2007) |
| 06/19/2007 | 7 | ORDER petitioner, appearing pro se, brings the instant Motion Reconsideration and Order to Show Cause and Temporary Restraining Order. Petitioner's Motions for Reconsideration is hereby GRANTED. Petitioner's Order to Show Cause and Temporary Restraining Order is DENIED without prejudice with leave to renew at a later date. The Court's judgment dated April 11, 2007 is hereby vacated. The entry closing the case as of April 11, 2007 is also hereby vacated and the Clerk of the Court is hereby directed to reopen the case. It is hereby ordered that this case be reassigned to a district court judge as provided by the Rules Governing the Division of Business Among Judges. No answer will be required from the respondent unless ordered by the Judge reassigned to this case. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this Order would not be taken in good faith. SO ORDERED. (Signed by Judge Deborah A. Batts on 6/19/2007) (jmi) (Entered: 06/21/2007) |
| 07/09/2007 | 10 | AMENDED NOTICE OF APPEAL from [7] Order. Document filed by David Robinson. (tp) Modified on 7/23/2007 (tp). (Entered: 07/23/2007) |
| 07/09/2007 |  | Appeal Remark as to [10] Notice of Interlocutory Appeal filed by David Robinson. $455.00 APPEAL FEE DUE. IFP REVOKED 6/19/07. COA DENIED 6/19/07. (tp) (Entered: 07/23/2007) |
| 07/11/2007 | 8 | NOTICE OF CASE REASSIGNMENT to Judge Gerard E. Lynch. Judge Kimba M. Wood is no longer assigned to the case. (js) (Entered: 07/17/2007) |
| 07/11/2007 |  | Mailed notice to the attorney(s) of record. (js) (Entered: 07/17/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [9] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal to the District Judge re: [9] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [10] Notice of Interlocutory Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal to the District Judge re: [10] Notice of Interlocutory Appeal. (tp) (Entered: 07/23/2007) |