

S.D.N.Y./ N.Y.C.
07-cv-2890
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street in the City of New York, on the  31 st  day of  August  two thousand seven,

Present:

        Hon. Dennis Jacobs,
                *Chief Judge,*
        Hon. Robert A. Katzmann,
        Hon. Peter W. Hall,
                *Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
AUG 3 1 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

In re David Robinson,

                *Petitioner.*

07-2838-op

---

Petitioner, *pro se*, moves for *in forma pauperis* ("IFP") status in connection with his petition for a writ of mandamus. Upon due consideration, it is ORDERED that the IFP motion is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED. The petitioner has not shown "a clear and indisputable right to the issuance of the writ." *In re Steinhardt Partners, L.P.*, 9 F.3d 230, 233 (2d Cir. 1993).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By: *Lucille Carr*

A TRUE COPY 3 1 2007
Catherine O'Hagan Wolfe, Clerk
by_____
DEPUTY CLERK

ISSUED AS MANDATE: 09/04/07